UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF INTERNAL AFFAIRS, et al.,<br><br>Defendants. | Case No. 19-cv-02953-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 9 |

Plaintiff, a state prisoner, has filed a civil rights action. On multiple occasions, plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. Submitting blank applications to proceed IFP is insufficient. Therefore, this case is **DISMISSED** without prejudice. Plaintiff's incomplete motion to proceed IFP (Docket No. 9) is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 25, 2019

JAMES DONATO
United States District Judge